

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

January 13, 2025

**BY ECF**

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

  Re: *United States v. Rivera, et al.*, S7 24 Cr. 231 (KMK)

Dear Judge Karas:

  The Government writes respectfully to inform the Court that the Department of Justice has authorized this Office not to seek the death penalty against defendants Nazario Rolon and Iberson Jimenez, a/k/a "Prenda." Accordingly, as to each defendant in this case, the Government is authorized not to seek the death penalty.

        Respectfully submitted,

        EDWARD Y. KIM
        Acting United States Attorney for the
        Southern District of New York

     By: <u>/s/ Jared D. Hoffman</u>
        Jared D. Hoffman
        Justin L. Brooke
        Assistant United States Attorneys
        Tel: (212) 637-1060 / (914) 993-1918

cc:  Counsel of Record (via ECF)