**LAW OFFICES**
**LAZZARO LAW FIRM, P.C.**
360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE:  (718)   488-1900
TELECOPIER:  (718)   488-1927
EMAIL:LAZZAROLAW@AOL.COM

LANCE LAZZARO                                                                                                               * ADMITTED IN NY & NJ

RANDALL LAZZARO *

_____

JAMES KILDUFF *
JAMES KIRSHNER
ROGER GREENBERG

February 10, 2025

**Sent via ECF**
**Hon. Kenneth M. Karas**
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

RE:   **United States v. Ryan Rivera**
        **Case No.: 7:24-cr-00231-KMK-5**

Dear Judge Karas:

      As you are aware, this firm represents Mr. Ryan Rivera with regard to the above-referenced matter. At this time I would like to request that the court appoint Mr. Rivera a new attorney due to a breakdown in communication. Accordingly, I request that the court schedule a conference on February 21, 2025 to address this request. Thank you for your attention herein. If you have any questions and/or concerns with regards to this matter, please do not hesitate to contact the undersigned.

                                                         Very Truly Yours,

                                                         BY: _____

                                                              LANCE LAZZARO

cc: AUSA Jared Hoffman and AUSA Justin Brooke via ECF