

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

March 24, 2025

**BY ECF**

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Ryan Rivera, et al.*, 24 Cr. 231 (KMK)

Dear Judge Karas:

    The Government writes respectfully to inform the Court that, in connection with the ongoing review of "no seek" decisions made since January 20, 2021, as directed by the Attorney General's February 5, 2025 memorandum, the Department of Justice has completed its review as to defendants Ryan Rivera and Cristian Meran and advised this Office that the Department of Justice maintains the prior "no seek" decision as to Mr. Rivera and Mr. Meran. The Government has separately notified defense counsel.

    The Department of Justice is still in the process of reviewing the prior "no seek" decisions as to the defendants remaining in this case.

    Respectfully submitted,

    MATTHEW PODOLSKY
    Acting United States Attorney for the
    Southern District of New York

by:  /s/ Jared D. Hoffman
    Jared D. Hoffman
    Justin L. Brooke
    Assistant United States Attorneys
    Tel: (212) 637-1060 / (914) 993-1918

cc:    Counsel of Record (via ECF)