# PAPPALARDO
# & PAPPALARDO, LLP
ATTORNEYS AT LAW

JOHN J. PAPPALARDO
JOHN D. PAPPALARDO

OF COUNSEL

ANGELO G. MACDONALD *
ALBERT W. CORNACHIO III
DANIEL T. MENTZER
JILL K. SANDERS *

TELEPHONE: (914) 725-7000
FACSIMILE: (914) 725-1700
WWW.PAPPALARDOLAW.COM

* ALSO ADMITTED IN NJ

222 BLOOMINGDALE ROAD
SUITE 301
WHITE PLAINS, NEW YORK 10605

March 13, 2026

*Via ECF &*
*Via email karasnysdchambers@nysd.uscourts.gov*
Hon. Kenneth M. Karas, District Judge
United States District Court, Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

> Re:    **Request to file document with redactions**
> **USA v. Ryan Rivera**
> **24-cr-00231**

Dear Judge Karas:

This office represents Ryan Rivera in the matter of USA v. Ryan Rivera, 24-cr-00231. I am writing to request the Court's permission to re-file an amended document with redactions.

The defense previously filed its motions related to this matter (ECF document number 169). Per a conversation with counsel for the Government yesterday evening, the parties have agreed that certain information regarding the identities of cooperating witnesses for the Government should be removed from the motion.

As such, an emergency request was sent to the ECF Help Desk to seal this document, and the document is now sealed.

Per Judge Karas' part rules and SDNY Electronic Case Filing Rules & Instructions, I am asking the Court's permission to re-file the defense motions on ECF with redactions. The redactions would only apply to small portions of the defense's Memorandum of Law. A copy of the document with the proposed redactions will be sent to chambers via email, along with a copy without redactions for the Court's review as well.

Kindly advise if my office can proceed with re-filing the defense motions on ECF with the redactions.

# PAPPALARDO
# & PAPPALARDO, LLP

Thank you in advance for your consideration in this matter.

Respectfully submitted,

Counsel should file the unredacted
papers under seal and a redacted
version on the docket.

So Ordered.

3/13/26

Jill K. Sanders
Senior Associate
Email: jsanders@pappalardolaw.com

Encl.

Cc:   *Via ECF & via email*
      AUSA Jared Hoffman (jared.hoffman@usdoj.gov)
      AUSA Justin Brooke (justin.brooke@usdoj.gov)
      United States Attorney's Office, Southern District of New York