

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

April 29, 2026

**BY ECF AND EMAIL**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:    *United States v. Ryan Rivera, et al.*, **24 Cr. 231 (KMK)**

Dear Judge Karas:

The Government respectfully writes, with the consent of counsel for defendants Ryan Rivera and Moises Encarnacion, to request an extension of its May 4, 2026 deadline to oppose the defendants' pretrial motions to June 4, 2026. (Defendant Cristian Meran did not file his own motions. (Dkt. 172)).

On April 15, 2026, the Government and Encarnacion's counsel appeared before the Court on Encarnacion's motions for new counsel and a competency hearing. Encarnacion requested time to be evaluated by a neuropsychologist, and on April 20, the Court appointed Mr. Burke as new counsel. In addition, the parties' ongoing plea discussions may obviate the need for litigation altogether, and another extension would facilitate those efforts.

Time under the Speedy Trial Act has been excluded since January 5, 2026—the date pretrial motions were filed—and will continue to be excluded until the motions are resolved. *See* 18 U.S.C. § 3161(h)(1)(D) (the "delay resulting from any pretrial motion, from the filing of the motion through the ... prompt disposition of" the motion "shall be excluded"); *see also Henderson v. United States*, 476 U.S. 321, 330 (1986) (holding that § 3161(h)(1)(F) excludes "all time between the filing of a motion and the conclusion of the hearing on that motion, whether or not a delay in holding that hearing is 'reasonably necessary'").

Granted.  The Government's opposition
papers are due 6/4/26.

So Ordered.

4/29/26

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: /s/ _____
    Jared D. Hoffman
    Justin L. Brooke
    Assistant United States Attorneys
    (212) 637-1060 / (914) 993-1918

CC:    Counsel of record (by ECF)