UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

UNITED STATES OF AMERICA,

Plaintiff,

**MEMORANDUM**

-against-

24 Cr. 231 (KMK)

RYAN RIVERA,

Defendant.

-----------------------------------------------------------x

TO: Kenneth M. Karas, United States District Judge:

Please find attached a transcript of the August 17, 2026 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: September 23, 2026
White Plains, New York

Respectfully Submitted,

JUDITH C. McCARTHY
United States Magistrate Judge